UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUNE 9 2005 ★

BROOKLYN OFFICE

-----------------------------------------------------------------

GWENDOLYN CREESE,

    -vs-

DIVISION 1181 A.T.U. N.Y. WELFARE PLAN

ORDER

2042
CV-05-1042
(ERK/LB)

-----------------------------------------------------------------

KORMAN, Ch.J.


    The plaintiff is advised that if (s)he does not respond to defendant's motion to dismiss the complaint by **JUNE 28, 2005.** the complaint will be dismissed and (s)he will not be able to file any further complaint.

    The defendant(s) is/are directed to submit their motion papers within five (5) days of this order if they have not already done so.


                        SO ORDERED.


                  s/Edward R. Korman
                ------------------------------------
                EDWARD R. KORMAN, U.S.D.J.

DATED:    Brooklyn, N.Y.
            June 8, 2005


cc:    parties