UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------

GEWNDOLYN CREESE,

-vs-

DIVISION 1181 A.T.U. N.Y.
WELFARE PLAN

----------------------------------------------------------------

KORMAN, Ch.J.

ORDER

CV-05-2042
(ERK/LB)

The plaintiff having been advised that if (s)he does not respond to defendant's motion to dismiss the complaint by <u>JUN. 28, 2005</u>, the complaint will be dismissed and (s)he will not be able to file any further complaint; and said time having expired without response; it is hereby

ORDERED that the complaint is dismissed with prejudice.

EDWARD R. KORMAN, U.S.D.J.

DATED: Brooklyn, New York
June 30, 2005

cc: parties