UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GWENDOLYN CREESE,

                Plaintiff,

  -against-

DIVISION 1181 A.T.U. N.Y.
WELFARE PLAN,

                Defendant.
--------------------------------------------------------------X

JUDGMENT
05-CV- 2042 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ July 6 2005 ★
BROOKLYN OFFICE

     An Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 30, 2005, dismissing the complaint with prejudice; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the complaint with prejudice.

Dated: Brooklyn, New York
         June 30, 2005

                                      ş/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court